76 So.3d 390 (2011)
DEPARTMENT OF REVENUE obo Latonya N. MONROE-WILLIAMS, Appellant,
v.
Timothy T. SIMMS, Appellee.
No. 1D11-2991.
District Court of Appeal of Florida, First District.
December 30, 2011.
Pamela Jo Bondi, Attorney General, and Toni C. Bernstein, Senior Assistant Attorney General, Tallahassee, for Appellant.
Timothy T. Simms, pro se, for Appellee.
PER CURIAM.
REVERSED. See T.J.D. v. A.G., 39 So.3d 360, 363 (Fla. 2d DCA 2010).
WOLF, HAWKES, and ROBERTS, JJ., concur.